IFP Filed



# UNITED STATES DISTRICT COURT

for the

__________ District of __________

Southern Division

FILED
CLERK, U.S. DISTRICT COURT
04/12/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Nievien Youakeem

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

City of Garden Grove Officer Gerald Jordan (#3831)
Officer Lea Kovacs (#3294)
Officer Danny Ha (#5003)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:26-cv-00888-HDV (MAR)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nievien Youakeem |
| Address | 360 n santa maria st |
| | Anaheim (*City*) CA (*State*) 92801 (*Zip Code*) |
| County | |
| Telephone Number | 9494268531 |
| E-Mail Address | nieomielo@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Garden Grove |
| Job or Title *(if known)* | |
| Address | |
| | *City* *State* *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Officer Gerald Jordan (#3831) |
| Job or Title *(if known)* | Police Officer |
| Address | |
| | *City* *State* *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Officer Lea Kovacs (#3294)

Job or Title *(if known)*: Police Officer

Address:

City / State / Zip Code:

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Officer Danny Ha (#5003)

Job or Title *(if known)*: Police Officer

Address:

City / State / Zip Code:

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"The Fourth Amendment (protection against unreasonable seizure and false arrest) and the Fourteenth Amendment (due process violation regarding the fabrication of evidence in an official police report)."

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"At all times relevant to this complaint, Defendants Gerald Jordan, Lea Kovacs, and Danny Ha were duly sworn police officers employed by the Garden Grove Police Department. They were in uniform, driving marked patrol vehicles, and exercising their state-granted authority to perform an investigation, effect an arrest, and author official government reports. Their actions were taken under the authority of the laws of the State of California and the City of Garden Grove."

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

"The parking lot of the Dollar Tree located at 10840 Katella Ave, Garden Grove, CA 92804."

B. What date and approximate time did the events giving rise to your claim(s) occur?

"June 24, 2025, at approximately 1:33 PM."

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"On the date above, I was inside my 2024 Toyota RAV4 when I was assaulted by store employees who forcefully opened my doors and searched my property. When Defendants Jordan, Kovacs, and Ha arrived, they failed to investigate the assault against me. Instead, Defendant Kovacs arrested me for felony Robbery (PC 211) without probable cause.

Following the arrest, the Defendants authored a police report (Incident #25032805) containing false statements, claiming I 'threw myself on the ground' and that my head injuries were 'self-inflicted.' These fabrications were made to justify the unlawful arrest. I was detained, hospitalized, and jailed until the District Attorney rejected all charges and issued a Detention Certificate."

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"As a direct result of being pulled from my vehicle and falling on my back, I sustained a significant head injury (trauma and laceration) that left me temporarily unable to move at the scene. I also sustained a laceration to my left hand. I was transported by the Defendant officers to a hospital for emergency medical evaluation while under their custody. In addition to the physical injuries, I have suffered severe emotional distress, anxiety, and trauma resulting from the false arrest, the falsification of the police narrative, and being booked into the Orange County Jail despite being the victim of an assault."

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory Damages: An amount to be determined at trial for physical pain and suffering, medical expenses, and severe emotional distress.

Special Damages: To reimburse specific out-of-pocket losses, including:

The bail amount paid for my release from jail.

All towing and impound fees paid to recover my 2024 Toyota RAV4.

Reasonable attorney’s fees and litigation costs.

Punitive Damages: Against Defendants Jordan, Kovacs, and Ha in their individual capacities for their willful and malicious conduct in fabricating evidence and falsifying an official police report (Incident #25032805).

Injunctive Relief: An order compelling the Garden Grove Police Department to preserve and immediately release all Body-Worn Camera (BWC) footage from Officers Jordan, Kovacs, and Ha recorded on June 24, 2025."

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/12/2026

Signature of Plaintiff

Printed Name of Plaintiff Nievien Youakeem

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address